UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREW ZHANG,

           Plaintiff,

- against -

MIZENSIR, LLC,

           Defendant.

25-cv-790 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide an update to the Court by **April 30, 2025**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

**SO ORDERED.**

Dated:    New York, New York
           February 3, 2025

                                          _____
                                          John G. Koeltl
                                        United States District Judge