UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

ANDREW ZHANG, on behalf of himself and all others
similarly situated,

Plaintiff,

               Civil Action No:
               1:25-cv-00790-JGK

-v.-

MIZENSIR, LLC,

Defendant,

-------------------------------------------------------------------------x

## **NOTICE OF VOLUNTARY DISMISSAL**

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney that whereas

no party hereto is an infant, incompetent person for whom a committee has been appointed or

conservatee, and no person not a party has an interest in the subject matter of the action, that

the above entitled action specifically with regard to Defendant shall be and hereby is

dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees

to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a

dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: April 30, 2025

               Respectfully Submitted,

               */s/Uri Horowitz*
               Uri Horowitz, Esq.
               **Horowitz Law, PLLC**

**SO ORDERED:**

               14441 70th Road
               Flushing, NY 11367
5/1/25               uri@horowitzlawpllc.com
               Tel. (718) 705-8700
               Fax (718) 705-8705
               *Attorneys for Plaintiff*

Case 1:25-cv-00790-JGK   Document 7   Filed 04/30/25   Page 2 of 2

## Certificate of Service

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 30th day of April 2025                Respectfully Submitted,

/s/ Uri Horowitz
Uri Horowitz, Esq.